

FILED

09/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0450

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 21-0450

ILYA KHMELEV,

    Petitioner,

v.

KYLE FOUTS, Montana State Hospital
Administrator, and ADAM MEIER, Director,
Health and Human Services,

    Respondents.

FILED

SEP 15 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On September 10, 2021, Petitioner Ilya Khmelev filed a Petition for Writ of Mandamus. Petitioner seeks a writ of mandamus directing the Department of Public Health and Human Services (the Department) to comply with the mandates of the Kalispell Municipal Court's August 31, 2021 Order Finding Defendant Unfit to Proceed and Committing Defendant to the State Hospital for Restoration or, alternatively, to require the Department to immediately admit Petitioner to some other medically suitable facility for the purpose of restoring Petitioner's fitness to proceed in Kalispell Municipal Court Cause Number KMC TK-21-1322. Having reviewed the Petition, this Court deems it appropriate to obtain responses in accordance with M. R. App. P. 14(7).

From the documents provided by the Petitioner, it appears Khmelev was originally detained at the Flathead County Detention Center on February 5, 2021, in Cause Number TK-21-566 before the Flathead County Justice Court for violation of a protection order. The Justice Court ordered the Montana State Hospital (MSH) to evaluate Khmelev's fitness to proceed under § 46-14-206, MCA. MSH did not admit or evaluate Khmelev, and the Flathead Justice Court dismissed the charges on June 25, 2021, because of the delay. Khmelev was rearrested three days later on June 28, 2021, for criminal trespass to property

in Cause Number KMC TK-21-1322 before the Kalispell Municipal Court. Khmelev's defense attorney secured an evaluation from Dr. Michael Scolatti and moved the Municipal Court to find Khmelev unfit and commit him to MSH pursuant to § 46-14-211(1) and (2), MCA. On August 31, 2021, the Municipal Court found Khmelev unfit and ordered him to be committed to MSH within forty-eight hours pursuant to § 46-14-221(2)(a), MCA. Khmelev remains in the Flathead County Detention Center.

This Court is gravely concerned about the possibility a severely mentally ill individual has been held almost continuously in the Flathead County Detention Center since February 5, 2021, and allowed to decompensate and languish without proper care. It is not clear why statutorily required and court-ordered interventions under §§ 53-21-1201 and 46 12-202, MCA, failed in this and Khmelev's immediately prior case, or why the Flathead County Attorney has not sought and secured civil commitment of Khmelev to the MSH pursuant to the provisions of Title 53, chapter 21, MCA. The cycle of dismissal and rearrest appears set to repeat itself, as the Department has yet to admit Khmelev under the August 31, 2021 commitment order pursuant to § 46-14-221(2)(a), MCA. We therefore order an expedited response from the Department on why a writ of mandate should not issue and whether the Department requires facilitation from the Kalispell City Attorney, the Flathead County Attorney, and/or the Municipal Court to transport Khmelev to MSH.

Secondarily, we order a response from the Flathead County Attorney, the Kalispell City Prosecutor, and the Flathead County Detention Center about what they have done to coordinate and accomplish transport of the defendant to MSH to accomplish the commitment that has been ordered.

Therefore,

IT IS ORDERED that Montana State Hospital Administrator Kyle Fouts and Director of the Department of Public Health and Human Services Adam Meier are granted until September 22, 2021, to prepare, file, and serve a response(s) on behalf of the Department to the petition for writ of mandamus.

2

IT IS FURTHER ORDRED the Kalispell City Attorney, the Flathead County Attorney, and the Flathead County Detention Center are granted until September 22, 2021, to prepare, filed, and serve a response(s).

The Clerk is directed to provide a copy of the Order to counsel for Petitioner, all counsel of record in Kalispell Municipal Court, Flathead County, Cause No. KMC TK-21-1322, Kyle Fouts, Adam Meier, the Kalispell City Attorney's Office, the Flathead County Attorney's Office, the Montana Attorney General's Office, the administrator of the Flathead County Detention Center, as well as the Honorable Lori Adams.

DATED this 15 day of September, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

3